IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MOHAMMAD ZAKI AMAWI, et al.<br><br>    Defendants. | CASE NO.: 3:06CR719<br><br>JUDGE JAMES G. CARR<br><br><br><br>MOTION FOR WITHDRAWAL<br>OF COUNSEL |

Now comes the United States of America, by and through counsel, Rebecca C. Lutzko, United States Attorney, and Matthew W. Shepherd, Assistant U.S. Attorney, and respectfully requests leave for AUSA Matthew W. Shepherd to withdraw as counsel of record.

                                                                Respectfully submitted,

                                                                REBECCA C. LUTZKO
                                                                United States Attorney

                            By:   /s/ Matthew W. Shepherd
                                        Matthew W. Shepherd (OH: 0074056)
                                        Assistant United States Attorney
                                        United States Court House
                                        801 West Superior Avenue, Suite 400
                                        Cleveland, OH 44113
                                        (216) 622-3859
                                        (216) 685-2378 (facsimile)
                                        Matthew.Shepherd@usdoj.gov